U.S. COURT OF APPEALS RECEIVED CLERK JUN 24 2024 ATLANTA, GA

Number 24-11734-HH

In The United States Court Of Appeals For The Eleventh Circuit

Rose Phillip Beazer

Plaintiff

Vs

Richmond County Constructors LLC

Defendant

Appeal From The United States District Court For The Southern District Of Georgia.
Case 1:23-CV-00126

Appellants Opening Brief.

A. BACKGROUND

Plaintiff an African American Male was employed by Richmond County Constructors LLC from approx July 1st 2019 to May 19th 2022.

On Feb 7 2022 Electrician and RCC Employee John McQuade place a swastika drawing under Plaintiffs lunch bag on his work table. Plaintiff report the following day Plaintiff discovered a rope noose hanging from the ceiling of the conex container that he works in. Plaintiff was the only African American employee to work at that site in that container. Plaintiff reported the nose to General Forman Javit Peterson.

CASE NUMBER 24-11734-H

PLAINTIFF Recieve Threats from John McQuade. That if Any one Cross him he would come to the parking Lot And FIND Their Vehicles And do Damage to them and Their Vehicle. Plaintiff was in FEAR of his life And his property on a daily basis. Mr McQuade Admitted to hanging The Noose and STATES that he didnt Think it was A big Deal. PLAINTIFF HAD never had any problems in his First year And a HALF of working Their. on February 12 2022 after plaintiff Complained About the Swastika Drawing And the Hang Noose, Superendientant JAMES BISHOP Moved Plaintiff To A new work location. And Assigned Plaintiff Responsibilities for which he is not Train or Have Ever Done. These new Responsibilities included Distribution of Critical Nuclear Reactor parts which Required close Adherence to Technical Procedures. Bishop Disable Plaintiffs Employee badge while Plaintiff is still on The clock working. which Result IN Plaintiff being unable To Exit the plant To go to his Vehicle during his lunch Break That day. which violate his 13 Amendmet under Title 7 Freedom of Free Movement in And out of the Country.

Chapter 9  Freedom From Arbitrary Arrest, Exile.

On a daily basis Plaintiff was harassed by General Foreman, And other foremen. Plaintiff Had Sustain Injury on both Knees causing Torn menicus in both Kness which warranted Physical Thereapthy twice daily 6 days a week.

Plaintiff was made to walk back and forth from building to building on advice from James Bishop Superdindant which causes pain and disconfort in his knees. The work place was very hostile towards Plaintiff. which left him isolated due to the Practise of Superdendent and Foremen. it was very Stressful. (Id at. 6, 17, 19)

On Febrauary 19th 2022 Plaintiff was called to Plant Security office where officer place Plaintiff in an isolated room and question him about beer cans found in the Trailer where he used to work with McQuade. (Id at 10.) Plaintiff Denied knowing anything about beer cans and how they got there. They were found in the same location where McQuade sit on a daily basis. Plaintiff was shaken and upset from this meeting which looks like they were trying to frame him of this act. I had to walk a good 2 miles or so with torn minuscus knees

On Feb 25 2022 Plaintiff Asked his Forman a question in regards to his work Assignment, Forman began to yell at Plaintiff Calling Plaintiff Stupid old dude in the present of his Coworkers. humelating Plaintiff Just For Asking a question very Hostile Enviroment. plantiff had Sleepless Nights waking up in anxious ness. and now Suffering from high blood Pressure. Some thing Plaintiff has never had a Problem with until the start of the Hate Crimes that have taken place. I am now Taking Valsartan Tablets 80mg to Control Blood Pressure and Napraxun For Knees I am know Damaged physically. and Have been under care of a mental Consulor Reffered by my

Primary helth Physician. I WAS LAYED OFF ON May 19 2022. A RIF That WAS Scheme up by Superdendent James Bishop. Wrongfully Terminated.

I contacted The JEFFORDS LAW Firm in Augusta. GA. To Obtain Some Representation And was Told when Plaintiff Recieved Plaintiff Right to Sue letter From The EEOC To bring it in And They will Follow up. I was Charge $200 Twice to Speak to the Attorney. I Recieved Right to Sue letter on June 2 2023 And Took Them To Tonya D. Jeffords Firm And WAS Told That Ms Jeffords WAS Away on Vacation and Reffered to MR. Kenneth Rattley. After we SPOKE I waited for MR Rattley To Contact Me nothing. after 2 weeks I began To Call with NO Answer I Text NO Response. I Call The Office And WAS given MR Rattley Phone Again. I Call got Answering Machiene leave messages with NO Return Call OVER And OVER PLAINTIFF TRIED with out Success. 3 or 4 days before The Deadline Plaintiff Recieved a Phone Call From MR Rattley informing Plaintiff That he is too Busy with a big Case And Couldn't help Plaintiff. Plaintiff Then Asked him why wasn't he Returning his Phone Call or his messages And was Told That they were having Problems with their Receptionist I WAS IRATE. Very upset And I was inform to File my CASE PROSE To Beat

The Deadline on August 29 2023 I went to the Post Office And Send my Documents out to The Clerk Address with a Next Day Delivery Paid for $28.75. I had no Reason to think it wont be on Time I was Made Sure by Postal Attendant that it would be there The Next Day. Hurricane Isabella is Now on its Way Coming out of Florida into Georgia with lots of Flooding High winds Down Trees, Down Power lines, And Deaths I Still don't Know why An Officer of the Courts would want to hold onto my document And Waited 4 days before the dead line to Contact Me just to Say he can't. I did not Just Sit back and wait I Tried Contacting them but was Unsuccessfully. Even drove from Virginia to their office in GA And was Told he is not working out of the office I Tried Everything that I Could.

The Honorable made a statement that I Put the Responsibility on The USPS To Make The Delivery. This Hurricane is in Florida Entering Georgia on 8/30/23 High winds, Floodings, Fallen Trees, Down Power Lines. Taken Lives & Personal Property Damages. And Also This Hurricane Came Along with 12 Tornadoes Touching down From Virginia, North Carolina, South Carolina, Georgia And Florida. Along The Route I had To Drive. Warnings were Posted to Stay Off The Roads, Highways

It was just too dangerous. I couldn't risk my family lives and other innocent citizens by driving into not just a hurricane, but active tornadoes that was touching down in those mention states. Yes I then had to turn to the professional, the USPS who have the knowledge equipment to travel in all kinds of weather. And still the USPS couldn't make the delivery that was to be the next day. Instead it ReRoute its Route to Atlanta and sit there until it was safe to deliver. This storm was an extradonary event that was beyond my control. The facts prove that this storm was an extradonary circumstances Therefore I ask your Honor to allow Equitable Tolling to take its course and allow justice to take place. This doctrine is utilized to prevent injustice from taking place. And not let the guilty party to continues to go free from punishment for the wrong that was done. Please refer to the documents inclose from the National Weather Center discribing Hurricane Isabella path along with those 12 tornadoes for clarity.

CASE-24-11734-H

Your Honor I have no problem with oral argument if it is the Courts Request By all Means I am available as needed.

The Facts Are That a hate crime took place with the Swatscha Drawings on my Table Under my Lunch Bag. Then the Next Day a hang noose was place in the Ceiling of the Conex where I worked. And I on a daily Recieved Harassing Treatment From the Individuals Whom The Defense Employed as Leaders of its Company. Which makes The Company Responsible For Their Actions And For Not Protecting my Health From these Individuals. I Now have To Take Medicine to Control my High Blood Pressure That I Never had before these occurances in my 64 years on Earth And the Suffering that I Had to go through with my Knees ordering me to walk From Location to Location Knowingly That I Suffer From Torn Meniscus injury on both Knees

I Made All Efforts to Have my Documents Delivered on Time From the 1st day I Recieved Them From the EEOC. I never sat

THE ISSUES IN MY APPEAL Are to First Allow this CASE to Continue. BECAUSE OF THE EXTRADANORY Circumstances that took Place. That Prevent not only my SELF The PLAINTIFF FROM MAKING The Delivery OF Documents. But it ALSO Prevent The Professional, the USPS From making their Deliveries Also. THEREFORE meeting the Requirement OF EXTRAORDINARY Circumstances. That Should Allow Equitable Tolling To overturn The Prior Courts Ruling TO DISMISS This CASE.

MOVING FORWARD with my Arguments Under Title VII Act OF 1964 AGAINST Defendant Richmond County Constructors LLC HARRIS V FORK LIFT System 510 U.S. 17 (1993) (Ruling that Plaintiff's evidence OF Two incidents OF NOOSES hung at her work STATION was Sufficient to Establish Racial harassment)

ADAMS VS Austal. U.SA. LLC 754 F 3d 1240, 1252-54 (11th Cir. 2014) FINDING that a Reasonable Person who Discovered Firsthand a NOOSE in the work place could FEEL threatened And describing a NOOSE AS a Severe FORM OF RACIAL Harassment.

including Retaliation, Discriminatory Discharge, Hostile work ENVIROMENT AND Hate CRIMES OF Hanging Noose, Swatchika.

A RIF That WAS Schemed Up by the Superintendent Bishop EVIDENCE OF THE Plot that he Scheme up to have Me LAYED OFF The Reduction OF My Hours that Put the PLAINTIFF in a Negative statured Position.

The Physical And mental Suffering The Plaintiff endure The fears of going to work leaving in the Dark in the Early mornings. Worring about who is following me Home. Sleepless night waking in Anxiety + Fear from the Threats that I Received from Individuals General Forman And The Individual who Install The Noose And Swatelna Threats to do bodily Harm And Personal Property Damage. My wife Also Suffered with Me As I went through This ordeal. She is up at nights worring About me She is Also Suffering From High Blood Pressure And is on Daily Medication to Control it. And Also other illnesses bought on by This Thramatic Experience. My badge was turn off by the Superdendent while Im in the Complex unable to exit the Gates to Go to my vehicle to have lunch like I normally do. I was locked in for a few hours until the Next day I had to go And have My badge turn Back on. My 13 Amendment Rights of Free movement was Taken From me. I was Strip of my Fredom of movement.

CASE 24-11734-H

The Relif I Seek From This Court is to make This Company Take Responsobility For The Actions OF The People it Employes. I went through the Union Apprentislip it was difficult STARting as An older Apprentis Had it Challenges. but I made it through the difficulty of working 2 And times 3 Jobs to make it for my Family. it was told to us that when we graduate we can take Pride Knowing that I have Complete the Program, which Comes with Freedom to Travel All over the Country As long As There's work. And to Respect others, That others Ave entitle to their rights As Individuals. Citizens. For me to Come to this Company And have to go through this Experience is unacceptable. The Defense Has never said MR Beazer we Are Sorry for what you went Through. But Continues to Act Rather Careless And Reckless Just like its Employees. I would like This Court to make them Pay For All I have Suffered And TO Apply Punitive Consiquence to the Maximum Allowed by this Court. Compensatory Damage including loss wages For 2 years including Health + welfare Mental + Physical Anguish, Anxiety, Pain + Suffering, High Blood Pressure, Change of life For the worse. And An Award OF 4.5 million Dollars.

CASE 24-11734-H

END OF BRIEF.

PROSE   X Phillip BEAZER
            PLAINTIFF
        X *[signature]* Phillip Beazer

6/18/24

**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)**

*U.S. COURT OF APPEALS RECEIVED CLERK JUN 10 2024 ATLANTA, GA*

Phillip Beazer vs. Richmond County Constructors LLC  Appeal No. 24-11734-H

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Richmond County Constructors LLC

Bechtel Corp. Parent Corporation

Plant Vogytle

Honorable J. Randal Hall

Matthew Gagnon Esq. Defense

Rachael Read attorney Defense

Dominion Energy

Southern Nuclear

Williams Corp.

Submitted by:
Signature: Phillip Beazer
Name: Phillip Beazer Pro se    Prisoner # (if applicable): _____
Address: 3100 Tarleywood Ln Chester VA 23831
Telephone #: 804 243-0462

Rev.: 2/23

*U.S. COURT OF APPEALS*
*RECEIVED CLERK*
*JUN 10 2024*
*ATLANTA, GA*

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

*(Use this form only if service is being made other than through the Court's electronic-filing system.)*

Phillip Beazer vs. Richmond County Constructors LLC  Appeal No. 24-11734-H

FRAP 25(b) through (d) require that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. Unless the document is being served through the Court's electronic-filing system, the person making service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.**
*Please type or print legibly.*

I hereby certify that on (date) __6/18/24__, a true and correct copy of the

foregoing (title of filing) __Appellant Opening Brief__ has been (check one):

☐ sent by mail, postage prepaid

☐ deposited in the prison's internal mailing system with first-class postage prepaid

☐ sent by electronic means with the consent of the person being served

☐ other (specify manner of service) _____

and properly addressed to the persons whose names and addresses are listed below:

(1) Rachael Reed Seyfarth Shaw LLP
1075 Peachtree Street N.E Suite 2500
Atlanta GA. 30309        404 704 9648

(2) Matthew Gagnon Seyfarth Shaw LLP
233 South Wacker Dr Suite 8000
Chicago Illinois 60606-6448    312 460-5000

Phillip Beazer Pro Se                    [signature]
Your Name (please print)                  Your Signature

Rev.: 12/20



Retail

**US POSTAGE PAID**
**$9.85**
Origin: 23834
06/18/24
5120690834-13

P

**PRIORITY MAIL®**

0 Lb 13.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 06/22/24

C007

SHIP TO:
56 FORSYTH ST NW
ATLANTA GA 30303-2218



**USPS TRACKING® #**

9505 5143 8306 4170 0089 02

**PRIORITY MAIL**

e.
estrictions apply).*
d many international destinations.
form is required.
aims exclusions see the
bility and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FROM:

**PRIORITY MAIL** 

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Phillip BEAZER
3100 Talleywood Ln
Chester VA. 23831



TO:
U.S. 11 Circuit Court
OF APPEALS
56 FORSYTH ST
ATLANTA. GA
30303

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE